# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| SALLY L SIMONDS | : | CASE NO. : 14-61762 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MOTION FOR DISMISSAL |

**Now comes the Chapter 13, Trustee, Toby L. Rosen,** and requests that the case be **DISMISSED** because of the following:

1. The debtor filed a petition for relief under Chapter 13 on August 8, 2014.
2. The debtor failed to provide the items requested in the Notice of Noncompliance:
    1. Amend disclosure – only allowed $2,325.00
    2. Bank statement August 8, 2014
3. The debtor failed to file an amended plan to include the mortgage
4. The debtor failed to file a notice for the new confirmation hearing date
5. The Plan as filed is unconfirmable

Because of the above, the Debtor(s) is/are causing an unreasonable delay in the administration of the case that is prejudicial to the creditors, and therefore, the Trustee requests that the above named case be **dismissed** pursuant to Bankruptcy Code 1307(c)(1).

/S/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I certify that on December 3, 2014, a true and correct copy of the MOTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Y ERIC HOLTZ, on behalf of SALLY L SIMONDS, at yeholtz@amourgis.com

And by regular U.S. Mail, postage prepaid, on:

    SALLY L SIMONDS
    11491 PEACH GLEN AVENUE NW
    UNIONTOWN, OH 44685

    /s/ Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee
    400 West Tuscarawas Street, 4th Floor
    Canton, Ohio 44702
    330-455-2222

### NOTICE OF MOTION FOR DISMISSAL AND NOTICE OF HEARING

**TOBY L. ROSEN, the Standing Chapter 13 Trustee,** has filed papers with the Court to **DISMISS** your case.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to DISMISS your case, or if you want the Court to consider your views on the DISMISSAL, then on or before DECEMBER 24, 2014, you or your attorney must file with the Court an objection, and attend a Hearing on said objection on JANUARY 7, 2015 at 1:30 PM at:**

    **United States Bankruptcy Court**
    **Ralph Regula Federal Building**
    **401 McKinley Ave, S.W.**
    **Canton, OH 44702**

You must also mail a copy to:

    **Toby L. Rosen, Chapter 13 Trustee**
    **Charter One Bank Building 4th Floor**
    **400 Tuscarawas Street**
    **Canton, Ohio 44702**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the dismissal.

    /S/Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee